# Arent Fox

Arent Fox LLP / Attorneys at Law
Los Angeles, CA / New York, NY / San Francisco, CA / Washington, DC
www.arentfox.com

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ FILED: _____]*

December 23, 2019

**Glenn Colton**
Partner
212.484.3972 DIRECT
212.484.3990 FAX
glenn.colton@arentfox.com

Via ECF

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1340
New York, NY 10007

**Michelle J. Shapiro**
Partner
212.484.3943 DIRECT
212.484.3990 FAX
michelle.shapiro@arentfox.com

Reference Number
039419.00001

Re: *United States v. Millul*, 18 Cr. 579 (JSR)

Dear Judge Rakoff:

We represent defendant Jeremy Millul in the above-referenced matter. Pursuant to a joint telephone conference by the parties with Your Honor's Chambers, we write to respectfully request that the Court so order this letter and thereby provide permission for Defendant Jeremy Millul to provide a copy of the Presentence Investigation Report in his case to the Department of Homeland Security, Immigration and Customs Enforcement ("ICE") as well as any Immigration Judge assigned to hear any proceeding involving Mr. Millul. AUSA Andrew Thomas has confirmed that the Government has no objection to this request.

Respectfully submitted,

/s/ Glenn Colton
Michelle J. Shapiro
Glenn C. Colton

*Counsel to Jeremy Millul*

cc: AUSA Christine Magdo (via email)
AUSA Andrew Thomas (via email)

SO ORDERED
[signature]
USDJ
12-27-19

555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
T 213.629.7400  F 213.629.7401

1301 Avenue of the Americas, 42nd Floor
New York, NY 10019-6040
T 212.484.3900  F 212.484.3990

55 Second Street, 21st Floor
San Francisco, CA 94105-3470
T 415.757.5500  F 415.757.5501

1717 K Street, NW
Washington, DC 20006-5344
T 202.857.6000  F 202.857.6395