Arent Fox

**Arent Fox LLP** / Attorneys at Law
Boston / Los Angeles / New York / San Francisco / Washington, DC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/20

**Glenn Colton**
Partner
212.484.3972 DIRECT
212.484.3990 FAX
glenn.colton@arentfox.com

January 10, 2020

VIA ECF

Honorable Jed S. Rakoff
United States District Court Judge
Southern District of New York
500 Pearl Street, Courtroom 14B
New York, NY 10007-1312

Re: *United States v. Millul, 18-CR-579*

Dear Judge Rakoff:

I write on behalf of defendant, Jeremy Millul, in the above-referenced matter to respectfully request that the Court order Pre-Trial Services to release Mr. Millul's passport to his wife Jessica Millul. Mr. Millul is currently serving his sentence of incarceration imposed in the above-cited case. AUSA Andrew Thomas has informed us that the Government does not object to this request.

Respectfully submitted,

/s/ Glenn C. Colton
Glenn C. Colton

cc: Counsel of Record (via ECF)

**So Ordered:**

______________________ **USDJ**

**Dated:** 2/13/20