UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    -v-<br><br>SEBASTIAN PINTO-THOMAZ,<br>and JEREMY MILLUL,<br><br>                    Defendants. | No. 18-cr-579 (JSR)<br><br><br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and exhibits thereto, defendant Jeremy Millul, will move this Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order pursuant to 18 U.S.C. § 3582(c)(1)(A), granting him a sentence modification that orders him released from incarceration to serve the remainder of his sentence on supervised release under home confinement and for such other relief as the Court deems just and proper.

Dated: March 30, 2020

Respectfully submitted,

**ARENT FOX LLP**

By: s/ Glenn C. Colton
    Glenn C. Colton
    1301 Avenue of the Americas, 42nd Floor
    New York, New York 10019
    Tel.: (212) 484-3900
    Fax: (212) 484-3990
    glenn.colton@arentfox.com

*Attorneys for Defendant Jeremy Millul*