UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
UNITED STATES OF AMERICA,
          :    **STIPULATION OF**
    -against-                        **SUBSTITUTION**
          :    **OF COUNSEL**
SEBASTIAN PINTO-THOMAZ, et al.,
          :    18 CR 579 (JSR)
    Defendants.
          :
------------------------------------------------------------X

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by the undersigned that JEFFREY LICHTMAN, ESQ., Law Offices of Jeffrey Lichtman, 11 East 44th Street, Suite 501, New York, New York 10017, is substituted as attorney for defendant JEREMY MILLUL in place and instead of GLENN COLTON and MICHELLE SHAPIRO, Arent Fox LLP, 1301 Avenue of the Americas, Fl. 42, New York, New York 100190

Dated:    New York, New York
             May 8, 2020

/s Jeffrey Lichtman                                       /s Glenn Colton
JEFFREY LICHTMAN                            GLENN COLTON
Substituted Attorney for Defendant       Former Attorney for Defendant

                                                      /s Michelle Shapiro
                                                      MICHELLE SHAPIRO
                                                      Former Attorney for Defendant

SO ORDERED:

_____
United States District Judge

May 11, 2020