```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,
                                                                  :
         -against-                                                     **ORDER**
                                                                  :
SEBASTIAN PINTO-THOMAZ, et al.,                                        18 CR 579 (JSR)
                                                                  :
                        Defendants.
                                                                  :
------------------------------------------------------------------X
```

Rakoff, D.J.:

      For the reasons set forth on the record at the May 18, 2020 hearing and after considering the factors set forth in 18 U.S.C. § 3553(a), the Court finds that there are extraordinary and compelling reasons to justify a reduction in the sentence of defendant Jeremy Millul, inmate no. 85865-054, presently housed at Allenwood Low FCI, and that this reduction is consistent with the applicable policy statements issued by the U.S. Sentencing Commission. 18 U.S.C. § 3582(c)(l)(A)(i).

      Accordingly, Millul's motion for reconsideration of the Court's April 13, 2020 Order denying his motion for compassionate release, ECF no. 189, is GRANTED, and his sentence is MODIFIED as follows:

- Millul will be released from the custody of the Bureau of Prisons on May 21, 2020 and will serve the final two weeks of his sentence in home confinement;

- Millul will be required to quarantine at home for this two week period in lieu of quarantining at Allenwood Low FCI prior to his release;

- During his period of home confinement, Millul will be supervised by the Department of Probation as Probation deems necessary, which may include periodic telephone contact to confirm his location; and

- All other conditions set forth in Millul's July 31, 2019 Criminal Judgment (ECF no. 152) shall remain in effect.

It is SO ORDERED.

Dated: May 18, 2020
       New York, New York

_____
United States District Judge