```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :      18-cr-579 (JSR)
         -v-                        :
                                    :           ORDER
JEREMY MILLUL                       :
                                    :
     Defendant.                     :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The Court enters this order to clarify its intent with respect to the release order entered yesterday at ECF No. 199. Defendant Jeremy Millul is granted compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). He is ordered released on May 21, 2020, not subject to any detainer by U.S. Immigration and Customs Enforcement, on the terms specified in the order at ECF No. 199.

    SO ORDERED

Dated:   New York, NY
         May 19, 2020                  _____
                                       United States District Judge

1